UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Joseph Foistner</u>

    v.                                Civil No. 08-cv-00065-JL

<u>Shailesh Patel et al.</u>


**<u>O R D E R</u>**


The Preliminary Pretrial Conference was held in chambers on May 12, 2008.

The Discovery Plan (document # 5) is approved as submitted.

By agreement of the parties, the following affirmative defense is **stricken without prejudice**:  Affirmative defense #4 (fraud).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 12, 2008

cc:  William E. Aivalikles, Esq.
     William S. Saturley, Esq.
     Andrew Scott Winters, Esq.